IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2848-AP

TERI MONTOYA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    William T. Dawson
    2546 15th St.
    Denver, CO 80211
    Telephone: (303) 455-0400
    Williamtdawson@gmail.com

    For Defendant:

    John F. Walsh
    United States Attorney

    J. Benedict Garcia
    Assistant U.S. Attorney

    Robert L. Van Saghi
    Special Assistant U.S. Attorney
    1001 17th Street
    Denver, CO 80202
    Telephone: (303) 844-1948
    Robert.vansaghi@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed: 10/26/2012

    B.     Date Complaint Was Served on U.S. Attorney's Office: 10/29/2012

    C.     Date Answer and Administrative Record Were Filed: 12/19/2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Parties state:** To the best of their knowledge, the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Parties states:** None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Parties states:** No unusual claims or defenses.

**7.     OTHER MATTERS**

**Parties states:** There are no other matters that need to be brought before the court's attention.  This case is NOT on appeal from a decision issued on remand from this court.

**8.     PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due: 02/17/2013

    B.     Defendant's Response Brief (If Any) Due: 03/19/2013

    C.     Plaintiff's Reply Brief (If Any) Due: 04/03/2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: Oral argument is not requested.

    B.    Defendant's Statement: Oral argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice*.

    A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

    DATED this <u>16th</u> day of January, 2013.

    BY THE COURT:

    *s/John L. Kane*
    U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| s/ William T. Dawson<br>William T. Dawson<br>2546 15th St.<br>Denver, CO 80211 | s/ Robert L. Van Saghi<br>Robert L. Van Saghi<br>Special Assistant U.S. Attorney<br>1001 17th St.<br>Denver, CO 80202 |
| Telephone: (303) 455-0400<br>Williamtdawson@gmail.com | Telephone: (303) 844-1948<br>Robert.vansaghi@ssa.gov |