IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2848-AP

TERI MONTOYA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    William T. Dawson
    2546 15th St.
    Denver, CO 80211
    Telephone: (303) 455-0400
    Williamtdawson@gmail.com

    For Defendant:

    John F. Walsh
    United States Attorney

    J. Benedict Garcia
    Assistant U.S. Attorney

    Robert L. Van Saghi
    Special Assistant U.S. Attorney
    1001 17th Street
    Denver, CO 80202
    Telephone: (303) 844-1948
    Robert.vansaghi@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**   Date Complaint Was Filed: 10/26/2012

    **B.**   Date Complaint Was Served on U.S. Attorney's Office: 10/29/2012

    **C.**   Date Answer and Administrative Record Were Filed: 12/19/2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Parties state:** To the best of their knowledge, the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Parties states:** None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Parties states:** No unusual claims or defenses.

**7.     OTHER MATTERS**

**Parties states:** There are no other matters that need to be brought before the court's attention.  This case is NOT on appeal from a decision issued on remand from this court.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.**   **Plaintiff's Opening Brief Due: 02/17/2013**

    **B.**   **Defendant's Response Brief (If Any) Due: 03/19/2013**

    **C.**   **Plaintiff's Reply Brief (If Any) Due: 04/03/2013**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement: Oral argument is not requested.

   B.   Defendant's Statement: Oral argument is not requested.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 16th day of January, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                         UNITED STATES ATTORNEY

s/ William T. Dawson                              s/ Robert L. Van Saghi
William T. Dawson                                 Robert L. Van Saghi
2546 15th St.                                     Special Assistant U.S. Attorney
Denver, CO 80211                                  1001 17th St.
                                                  Denver, CO 80202
Telephone: (303) 455-0400                         Telephone: (303) 844-1948
Williamtdawson@gmail.com                          Robert.vansaghi@ssa.gov