IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-CV-02848-RM

TERI MONTOYA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]

    Defendant.

---

## ORDER

---

    For the reasons stated in open court on May 18, 2015 (*see* ECF No. 26), the Court:

    (1)    VACATES Defendant's denial of disability insurance benefits and supplemental security income; and

    (2)    REMANDS to the Commissioner for further fact finding as directed in this Order pursuant to sentence four in 42 U.S.C. § 405(g).

    DATED this 18th day of May, 2015.

                                              BY THE COURT:

                                              RAYMOND P. MOORE
                                              United States District Judge

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this action.