**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  12-cv-02848-RM

TERI MONTOYA,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

## ORDER

---

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA") (ECF No. 29), filed July 16, 2015, is **GRANTED**. In consideration thereof, it is **ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $7,248.00.

It is further **ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasure Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fee will be made payable to Plaintiff's attorney.  However, if there is a debt owed under the Treasure Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fee after offset will be paid by a

check made out to Plaintiff, but delivered to Plaintiff's attorney.

    DATED this 22nd day of July, 2015.

                                   BY THE COURT:

                                   _____
                                   RAYMOND P. MOORE
                                   United States District Judge